636

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

Juan MARTINEZ-SALGADO, also
known as Juan Salgado Martinez, also
known as Juan Martinez Salgado, also
known as Juan S. Martinez, also
known as Luciano Escopa, Defendant-
Appellant

No. 17-20247
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 2, 2018

Carmen Castillo Mitchell, Assistant U.S.
Attorney, U.S. Attorney's Office, Southern
District of Texas, Houston, TX, for Plain-
tiff-Appellee

Juan Martinez-Salgado, Pro Se

Before REAVLEY, PRADO, and
GRAVES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed
to represent Juan Martinez-Salgado has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and *United States v.
Flores*, 632 F.3d 229 (5th Cir. 2011). Mar-
tinez-Salgado has not filed a response. We
have reviewed counsel's brief and the rele-
vant portions of the record reflected there-

in. We concur with counsel's assessment
that the appeal presents no nonfrivolous
issue for appellate review. Accordingly,
counsel's motion for leave to withdraw is
GRANTED, counsel is excused from fur-
ther responsibilities herein, and the AP-
PEAL IS DISMISSED. *See* 5TH CIR. R.
42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.